```
                                            FILED
                                     U.S. DISTRICT COURT
                                        SAVANNAH DIV.
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2016 JAN 27 PM 2: 13

CLERK _____
  SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 411-076 |
| AMANDA R. ANGLE | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant AMANDA R. ANGLE without prejudice.

SO ORDERED, this 27th day of January, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA